# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jonathan Jabari Clay Jr.**<br>DOB: 1992; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-05845MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 31, 2025, in the District of Arizona, **Jonathan Jabari Clay Jr.**, knowing or in reckless disregard that certain aliens, including Celso Laris-Luna and Agueda Perez-Trujillo, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about March 31, 2025, in the District of Arizona, **Jonathan Jabari Clay Jr.**, knowing that certain illegal aliens, including Celso Laris-Luna and Agueda Perez-Trujillo, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 31, 2025, in the District of Arizona (Sonoita), at approximately 2:36 p.m., Border Patrol Agents (BPAs) observed a white Chrysler Pacifica bearing a California license plate travelling west on State Route (SR) 82. Record checks conducted on the Pacifica showed that it was a rental vehicle. Rental vehicles are commonly used by smuggling organizations to conduct operations. BPAs followed the Pacifica as it turned north on SR 83. SR 82 and SR 83 are frequently used smuggling routes to gain access to Interstate 10 while circumventing the immigration checkpoint on Interstate 19. While BPAs were following the Pacifica, they noted that it appeared to be heavily weighed down and the driver, identified as **Jonathan Jabari Clay Jr.**, was continuously looking over his shoulder and began driving erratically. **Clay** repeatedly reached into the back seat and began to swerve in his lane. BPAs initiated a vehicle stop at mile marker 37 and the Pacifica yielded at mile marker 37.5. As BPAs approached the drivers' side of the vehicle, they noticed several individuals dressed in camouflage attempting to conceal themselves in the back seat. BPAs conducted an immigration inspection on all the individuals in the vehicle. **Clay** was determined to be a United States citizen. The other individuals, including Celso Laris-Luna and Agueda Perez-Trujillo, were determined to be citizens of Mexico illegally present in the United States. BPAs then took **Clay** into custody. Records checks revealed that Celso Laris-Luna and Agueda Perez-Trujillo do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Celso Laris-Luna stated that he is a citizen of Mexico and he already paid 2,000 Mexican pesos and was going to pay an additional $10,000 to be smuggled into the United States.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Celso Laris-Luna and Agueda Perez-Trujillo

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*[signature]*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone  X | |
| SIGNATURE OF MAGISTRATE JUDGE[1])<br>*[signature]* | DATE<br>April 1, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Chamblee

**Continued from front page.**

He crossed the border near Nogales, Arizona and was guided by cell phone to the Food City parking lot where he was picked up and taken to a hotel near Denny's. At the hotel, he was picked up by a white van which he identified as the same vehicle he was being transported in when he was apprehended. Laris described the driver of the van as a skinny man with a dark complexion who was wearing red pants and a white shirt.

Material witness Agueda Perez-Trujillo stated that she is a citizen of Mexico and that she was going to pay a total of 78,000 Mexican pesos to smuggled into the United States. She crossed the border with a group of five or six individuals and two guides. She was picked up by a female driving a red van before being transferred to a white van being driven by a male with a dark complexion. Perez identified the white van as the same vehicle she was being transported in when she was apprehended.